UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

LaTonya McCray                                                    Case No.  6:18-bk-02860
                    Debtor/s.

_____/

### NOTICE OF LIMITED APPEARANCE OF ADDITIONAL COUNSEL
### AND RULE 2030 STATEMENT OF COMPENSATION

**COMES NOW,**   Alejandro Rivera   , attorney of record for the Debtor/s, and files this Notice of Limited Appearance of Additional Counsel of ISABEL E. FREEMAN (FBN 760481) who will be assisting your undersigned for the sole purpose of attending the following:

__X_ 1. Meeting of Creditors and Equity Security Holders mandated by 11 U.S.C Section 341;

_____2. Confirmation Hearing scheduled for _____;

_____3. Hearing scheduled for _____.

and said counsel does consent to serve in such capacity.

In compliance with Federal Rules of Bankruptcy Procedure 2030, additional counsel has been, or will be paid  ( X) $65.00  ( ) $125.00  ( ) $_____  for said services.

All correspondence and pleadings should continue to be served to the attorney of record.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was electronically mailed this 12th day of June, 2018 to the appointed Standing Trustee in this case and the United States Trustee at 400 W. Washington Street, Suite 1100, Orlando, Florida 32801.

/s/Alejandro Rivera_____
■ Alejandro Rivera, Esq.
FBN 90038
❏ Jessica L. Fellows, Esq.
FBN 112477
**ALEJANDRO RIVERA P.A.**
**A Law Firm**
1400 W. Oak St. #F
Kissimmee, FL. 34741
Ofc. 407 518-7160
Fax. 407 518-7678
Email. Rivera@RiveraAt Law.com
**ATTORNEY FOR DEBTOR**